**United States District Court**
For the Northern District of California

1

2

3

4

5

6              IN THE UNITED STATES DISTRICT COURT

7

8              FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10   ALBERT POON,                              No. C 08-04343 WHA (PR)

11          Plaintiff,                         **ORDER OF TRANSFER**

12      v.

13   JOHN CLARK KELSO, Receiver;
     ROBERT SILLEN, Former Receiver;
14   Dr. G. CHEUNG, DDS, CSP-Solano;
     Dr. MCINTYRE, Chief Dentist, CSP-
15   Solano; Dr. PARK-LIN, DDS, CSP-
     Solano; Dr. ALVARO C.
16   TRAQUINA, Chief Medical Officer,
     SCP-Solano; Dr. WIN, SDP-Solano;
17   Dr. BASI, CSP-Solano; MARIA L.
     VASQUEZ, M.A., CSP-Solano; M.
18   LEMUS, CSP-Solano; C. ARTHUR,
     CSP-Solano; V. SINGH, Associate
19   Warden, CSP-Solano; D. K. SISTO,
     Warden, CSP-Solano; Captain R.
20   PENNINGTON, CDCR Headquarters;
     N. GRANNIS, Chief, Inmate Appeals
21   Branch, CDCR Headquarters,
     Sacramento; and JAMES TILTON,
22   Former Director, CDCR Headquarters,
     Sacramento,
23
            Defendants.
24   _____/

25

26          This is a civil rights case brought pro se by a state prisoner.  The acts complained of

27   occurred at California State Prison-Solano, which lies within the venue of the United States

28   District Court for the Eastern District of California.  The defendants appear to reside in that

1  district as well.[1]

2       In the interests of justice, this case is **TRANSFERRED** to the United States District Court

3  for the Eastern District of California.  *See* 28 U.S.C. § 1404(a).  In view of the transfer, the

4  Court will not rule upon plaintiff's request for leave to proceed in forma pauperis.

5       **IT IS SO ORDERED.**

6  Dated:  September ___23___, 2008.

7                                                      WILLIAM ALSUP
                                                       UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25  G:\PRO-SE\WHA\CR.08\POON4343.TRN.wpd

26  _____

27  [1] Although plaintiff gives the address of the receiver and former receiver as the
Northern District courthouse, in fact their operations are in Sacramento.  Neither is alleged to
have been personally involved in the events giving rise to the suit, so even if they reside

28  here, the center of gravity of this case clearly is in the Eastern District.

United States District Court
For the Northern District of California