IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALBERT POON,

     Plaintiff,                    No. 2:08-cv-02248-SRT

     vs.

JOHN CLARK KELSO, et al.,

     Defendants.             ORDER

     In an April 3, 2009, order (Doc. # 14), the Court directed Plaintiff to submit: (1) the Notice of Submission of Documents form, (2) one completed summons, (3) one completed USM-285 form for each defendant, and (4) 17 copies of the complaint filed September 16, 2008. The Court gave Plaintiff thirty days to submit these documents. Plaintiff has not submitted any of the required documents.

     Good cause appearing, **IT IS HEREBY ORDERED** that:

     This action is **DISMISSED** without prejudice for failure to comply with the Court's April 3, 2009, Order. The Clerk shall enter judgment accordingly and close the file.

DATED: June 29, 2009

                                      \_\_/s/ Sidney R. Thomas_____
                                      Sidney R. Thomas, United States Circuit Judge
                                      Sitting by Designation